1 | ERIN B. CARLSTROM (SBN 261305)
2 | DAVIN R. BACHO (SBN 282613)
  | CLEMENT, FITZPATRICK & KENWORTHY
3 | 3333 Mendocino Avenue, Suite 200
  | Santa Rosa, California 95403
4 | Telephone: (707) 523-1181
  | Facsimile: (707) 546-1360
5 | ecarlstrom@cfk.com
  | dbacho@cfk.com
6 |
7 | Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICHOLAS PFENDLER, an individual;
DONALD McKINNEY, an individual;
JAMES HEPPELMANN, an individual;
MARY HABLE, an individual; RICHARD
TAVERNETTI, an individual; and
RANDALL SMITH, an individual,

        Plaintiffs,

vs.

CITY OF PETALUMA; LARRY MODELL,
an individual; MATT MAGUIRE, an
individual, and DOES 1-50, inclusive,

        Defendants.

CASE NO.:  3:25-cv-01278-CRB

[*Removed from the Superior Court of the State of California, County of Sonoma (State Court No. 24CV07820)*]

**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**

COMES NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE AS FOLLOWS:

WHEREAS, Plaintiffs Nicholas Pfendler, Donald McKinney, James Heppelmann, Mary Hable, Richard Tavernetti, and Randall Smith (collectively, "**Plaintiffs**") filed this action against Defendants City of Petaluma, Larry Modell, an individual, and Matt Maguire, an individual, and DOES 1-50 inclusive (collectively, "**Defendants**")  (with Plaintiffs and Defendants jointly referenced as the "Parties") as Case Number 24CV07820 (the "**Action**") on December 23, 2024, in the Superior Court for the State of California, County of Sonoma;

WHEREAS, Plaintiffs' Complaint in the Action asserted claims under both state and federal law, including, without limitation, asserting that Defendants violated Plaintiffs' 14th Amendment rights as well as violated 42 U.S.C. § 1983, as asserted in Plaintiffs' Eight Cause of Action in the Complaint;

WHEREAS, Based upon Plaintiffs' assertion of claims under federal law, Defendants filed a notice of removal of the Action to the United States District Court for the Northern District of California on February 6, 2025;

WHEREAS, Plaintiffs filed a First Amended Complaint on February 7, 2025, wherein Plaintiffs abandoned and dismissed all claims under any federal law, statute or authority, instead asserting only state law claims;

WHEREAS, Based upon Plaintiffs' abandonment and dismissal of all federal claims, the Parties stipulate that the Federal Court lacks jurisdiction now that all federal claims have been dismissed and abandoned.

THEREFORE, the Parties stipulate and request the Court order as follows:

1. The Action shall be remanded to Sonoma County Superior Court;
2. All future hearings in the United States District Court for the Northern District of California be vacated;

///
///
///
///

3. The time for Defendants to respond to the First Amended Complaint be extended until 15 days after the Sonoma County Superior Court notifies the Parties of its receipt and acceptance of this matter, on remand; and

4. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: __February 14__, 2025      CLEMENT, FITZPATRICK & KENWORTHY

By: _____
DAVIN R. BACHO
Attorneys for Plaintiffs

DATED: __February 18__, 2025      ORBACH HUFF & HENDERSON LLP

By: _____
KEVIN E. GILBERT
Attorney for Defendants

ERIN B. CARLSTROM (SBN 261305)
DAVIN R. BACHO (SBN 282613)
CLEMENT, FITZPATRICK & KENWORTHY
3333 Mendocino Avenue, Suite 200
Santa Rosa, California 95403
Telephone: (707) 523-1181
Facsimile: (707) 546-1360
ecarlstrom@cfk.com
dbacho@cfk.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PFENDLER, an individual; DONALD McKINNEY, an individual; JAMES HEPPELMANN, an individual; MARY HABLE, an individual; RICHARD TAVERNETTI, an individual; and RANDALL SMITH, an individual,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF PETALUMA; LARRY MODELL, an individual; MATT MAGUIRE, an individual, and DOES 1-50, inclusive,<br><br>                Defendants. | CASE NO.:   3:25-cv-01278-CRB<br><br>[*Removed from the Superior Court of the State of California, County of Sonoma (State Court No. 24CV07820)*]<br><br>**[*PROPOSED*] ORDER TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA** |

**ORDER**

Good Cause Appearing, the stipulation of the parties is adopted as an order of the Court. Pursuant thereto, the Court Orders as follows:

1. Given Plaintiffs' dismissal and abandonment of all federal claims, this matter is hereby remanded to Sonoma County Superior Court;

2. All future hearings in the United States District Court for the Northern District of California are hereby vacated;

3. The time for Defendants to respond to the First Amended Complaint is hereby extended until 15 days after the Sonoma County Superior Court notifies the Parties of its receipt and acceptance of this matter, on remand; and

4. Each party shall bear its own attorneys' fees and costs associated with these proceedings.

IT IS SO ORDERED.

DATED: February 20, 2025

_____
UNITED STATES DISTRICT COURT JUDGE